■ In the Matter of the Claim of JOHN KRASKA, Respondent, LORD AND TAYLOR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner,

716

Respondent.— Motion to dismiss appeal granted and the Industrial Commissioner is directed to pay costs and disbursements to employer appellant as follows: Costs before argument (Civ. Prac. Act, § 1508, subd. 1) $20; stenographer's fees for transcript $36; printing costs of record and briefs $151.21; a total of $207.21.